BEFORE THE FIRST DIVISION, SEPTEMBER 5, 1952

**No. 56844.**—Bleyco Paper Corp. et al. *v.* United States, protests 185084–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiffs was sustained.